

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-85,489-01

### EX PARTE DURAN DOMINIC SMITH, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1412730-A IN THE 232ND DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant pleaded guilty to attempted possession of a controlled substance and was sentenced to three months' imprisonment. He did not appeal his conviction.

Applicant contends that his plea was involuntary because after he pleaded guilty, the substance in his case was tested and determined to contain no illicit materials. The trial court made findings of fact and conclusions of law and recommended that we grant relief. *See Ex parte Mable*,

443 S.W.3d 129 (Tex. Crim. App. 2014).

Relief is granted. The judgment in cause number 1412730 in the 232nd District Court of Harris County is set aside, and if in custody, Applicant is remanded to the custody of the Sheriff of Harris County to answer the charges as set out in the information. The trial court shall issue any necessary bench warrant within 10 days after the mandate of this Court issues.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice-Correctional Institutions Division and Pardons and Paroles Division.

Delivered: August 24, 2016
Do not publish